## Nathaniel B. Haskell and another v. Frederick L. Ayres and others.

*Contract: Timber: Logs.* A contract for the sale of all the pine timber on certain lands specified at a given price per thousand feet, to be removed within three years from the date of the contract, confers no authority to cut and remove the same after the expiration of the time specified, and conveys no title to logs thereafter cut on said lands by third persons.

*Submitted on briefs April 29. Decided April 30.*

Error to Huron Circuit.

Defendants in error sued plaintiffs in error in trover for certain logs cut on lands formerly belonging to one Kingsley. To prove their title they introduced in evidence a written contract, whereby Kingsley sold to them all the merchantable pine timber on said lands at a dollar per thousand feet, board measure, to be removed within three years from the date of the contract; and also proved title to the lands in Kingsley at the time the contract was made. It appeared also that Kingsley afterwards deeded the lands, reserving the pine timber and the right of way to take off the same. The logs in question were cut on said premises by third persons after the expiration of the three years, and were purchased of them by defendants below. The judgment below was in favor of the plaintiffs, and the defendants brought error.

*George S. Engle, C. H. Gallup* and *A. E. Chadwick,* for plaintiffs in error.

*Richard Winsor* and *Ashley Pond,* for defendants in error.

PER CURIAM:

This case is clearly governed by *Richards v. Tozer, 27 Mich., 451,* and *Johnson v. Moore, 28 Mich., 3,* and it is only necessary to apply the principles there stated.

The judgment must be reversed, with costs, and a new trial ordered.